**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JOSEPH MICHAEL DEVON ENGEL,  )<br>　　　　　　　　　　　　　　　　　)<br>　　　Plaintiff,　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　　　)　　No.  4:20-CV-1737-JMB<br>　　　　　　　　　　　　　　　　　)<br>ERDCC, et al.,　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　Defendants.　　　　　　　　　) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's second motion to proceed in forma pauperis on appeal.  On February 3, 2021, the Court denied plaintiff's first motion to proceed in forma pauperis on appeal.  *See* ECF No. 10.  Likewise, the Court will deny plaintiff's second motion to proceed in forma pauperis on appeal.  When this Court dismissed plaintiff's case, it certified in writing that an appeal would not be taken in good faith, *see* 28 U.S.C. § 1915(a)(3), and it is not apparent that plaintiff now seeks appellate review of any issue that is not frivolous.  *See Coppedge v. United States*, 369 U.S. 438, 445 (1962).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's second motion to proceed in forma pauperis on appeal is **DENIED**.  [ECF No. 15]

Dated this 8th day of March, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　HENRY EDWARD AUTREY
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE